## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Sylvester Kerry Suber** | ) | **CASE NO: 15-02912-jw** |
| | ) | **CHAPTER: 13** |
| | ) | |
| | ) | **NOTICE OF VOLUNTARY CONVERSION** |
| | ) | **CHAPTER 13 TO CHAPTER 7** |
| | ) | **(11 U.S.C. § 1307(a))** |
| **DEBTOR.** | | |

TO: TRUSTEE, ALL CREDITORS

PLEASE TAKE NOTICE THAT the above-referenced debtor(s) hereby move to voluntarily convert this current Chapter 13 to Chapter 7 in accordance with 11 U.S.C. Section 1307(a).   Please be advised that an order may be entered, without a court hearing, granting the relief sought in the attached motion.   Any timely filed objection will be scheduled for a hearing as set forth below.

Date: August 6, 2015

/s/ J. Steven Huggins
Signature of Attorney
J. Steven Huggins, Esq.
The Huggins Law Firm, PA
PO Box 7547
Columbia, SC 29202

7089
District Court I.D. Number

FILE OBJECTION WITH:
Clerk, U.S. Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Sylvester Kerry Suber** | ) | **CASE NO: 15-02912-jw** |
| | ) | **CHAPTER:** 13 |
| | ) | |
| | ) | **MOTION TO CONVERT** |
| | ) | **CHAPTER 13 TO CHAPTER 7 (11 U.S.C.** |
| | ) | **§1307(a))** |
| **DEBTOR.** | | |

TO THE TRUSTEE AND ALL CREDITORS:


  The debtors hereby move, in accordance with 11 U.S.C. § 1307(a), to convert the present Chapter 13 into a Chapter 7. Such conversion is at the request of the debtor pursuant to 11 U.S.C. § 1307(a).

  Each of the undersigned acknowledges that each has read and understands Bankruptcy Rule 9011.


Date: August 6, 2015       /s/ Sylvester Kerry Suber
                  Signature of Debtor



                 /s/ J. Steven Huggins
                 Signature of Attorney
                 J. Steven Huggins, Esq.
                 The Huggins Law Firm, PA
                 PO Box 7547
                 Columbia, SC 29202


                  7089
                 District Court I.D. Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Sylvester Kerry Suber** | ) | **CASE NO: 15-02912-jw** |
| | ) | **CHAPTER:** 13 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| **DEBTOR.** | | |

     THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING NOTICE OF CONVERSION OF CHAPTER 13 TO CHAPTER 7, MOTION TO CONVERT CHAPTER 13 TO CHAPTER 7 AND PROPOSED ORDER TO ALL CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID.


William K. Stephenson, Jr. via (CM/ECF)
Chapter 13 Trustee
PO Box 8477
Columbia, SC 29202

Sylvester Suber
418 Livingston Road
Pomaria, SC 29126

SEE ATTACHED LIST


DATE: 08/06/2015


                                       /s/ Lindsey J. Swann
                                       Lindsey J. Swann
                                       Bankruptcy Paralegal
                                       The Huggins Law Firm, PA
                                       PO Box 7547
                                       Columbia, SC 29202

Label Matrix for local noticing
0420-3
Case 15-02912-jw
District of South Carolina
Columbia
Thu Aug  6 08:59:35 EDT 2015

ATTORNEY GENERAL OF UNITED STATES
950 PENNSYLVANIA, NW
Washington DC 20530-0009

CENTRAL CREDIT SERVICES, LLC
PO BOX 15118
Jacksonville FL 32239-5118

CHILD SUPPORT ENFORCEMENT DIVISION
BANKRUPTCY REPORTING CONTACT
PO BOX 1469
Columbia SC 29202-1469

CHRISTINA MULL
418 LIVINGSTON ROAD
Pomaria SC 29126-8612

J. Steven Huggins
The Huggins Law Firm, PA
PO Box 7547
Columbia, SC 29202-7547

IRS
PO BOX 7346
Philadelphia PA 19101-7346

NCEP, LLC
by AIS Data Services, LP as agent
PO Box 165028
Irving, TX 75016-5028

NCEP, LLC by AIS Data Services, LP as agent
PO Box 165028
Irving, TX 75016-5028

NEWBERRY COUNTY
PO BOX 278
Newberry SC 29108-0278

NEWBERRY COUNTY FAMILY COURT
PO BOW 278
Newberry SC 29108-0278

NEWBERRY COUNTY MEMORIAL HOSPITAL
2669 KINARD STREET
Silverstreet SC 29145

NEWBERRY COUNTY MEMORIAL HOSPITAL
PO BOX 497
Newberry SC 29108-0497

ROGERS TOWNSEND AND THOMAS
220 EXECUTIVE DRIVE
SUITE 109
Columbia SC 29210-8421

SANTANDER CONSUMER
PO BOX 560284
Dallas TX 75356-0284

SC DEPT OF REVENUE
PO BOX 12265
Columbia SC 29211-2265

SELENE FINANCE
PO BOX 71243
Philadelphia PA 19176-6243

William K. Stephenson Jr.
PO Box 8477
Columbia, SC 29202-8477

Sylvester Kerry Suber
418 Livingston Road
Pomaria, SC 29126-8612

THE HUGGINS LAW FIRM, PA
PO BOX 7547
Columbia SC 29202-7547

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

US ATTORNEY'S OFFICE
ATTN: DOUG BARNETT
1441 MAIN STREET
SUITE 500
Columbia SC 29201-2862

US DEPT OF EDUCATION
PO BOX 530260
Atlanta GA 30353-0260

US Dept of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

WELLS FARGO
PO BOX 25341
Santa Ana CA 92799-5341

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)William K. Stephenson Jr.
PO Box 8477
Columbia, SC 29202-8477

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25