B8 (Form 8) (12/08)

# United States Bankruptcy Court
### District of South Carolina

In re **Sylvester Kerry Suber**     Case No. **15-02912**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name:<br>**SELENE FINANCE** | Describe Property Securing Debt:<br>**DEBTORS RESIDENCE: 418 LIVINGSTON ROAD, POMARIA, SC 29126: DEBTOR TO ABANDON INTEREST** |
|---|---|

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **August 17, 2015**      Signature **/s/ Sylvester Kerry Suber**
**Sylvester Kerry Suber**
Debtor